IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM J. WELFEL,** | : | |
| Plaintiff, | : | |
| v. | : 3:14-CV-00907 | |
| | : (JUDGE MARIANI) | |
| **ROBERT LAWTON, et al.,** | : | |
| Defendants. | : | |

FILED
SCRANTON
JAN 1 2 2015
PER _____ DEPUTY CLERK

## ORDER

**AND NOW, THIS 8TH DAY OF JANUARY, 2015**, upon review of Magistrate Judge Carlson's Report and Recommendation for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Doc. 22) is **ADOPTED**, for the reasons stated therein.

2. Defendants Robert Lawton, Director Nesbitt, Sergeant Zola, Steven Greenwald, James Barr, and Thomas King are **DISMISSED** as parties to this action.

3. The Amended Complaint (Doc. 17), which is styled on the docket as "Objections," but which the Court has construed as in substance an amended complaint, is **DIRECTED** to be served on remaining Defendants Gunnor Kosek and Ron Colbert.

4. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order.

_____
Robert D. Mariani
United States District Judge